# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 11-05784-CAS | | Date | August 31, 2011 |
|---|---|---|---|---|
| Title | UNITED STATES OF AMERICA V. MELVIN ADAMS | | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** **(In Chambers:) ORDER TO SHOW CAUSE REFLECTING CHANGES TO THE FAIR SENTENCING ACT**

On July 1, 2011 the United States Sentencing Commission issued a Memorandum with respect to "Retroactive Application of Crack Cocaine Amendment to Federal Sentencing Guidelines Implementing the Fair Sentencing Act of 2010, Effective November 1, 2011."  In this memorandum, the Sentencing Commission noted it "unanimously voted to give retroactive effect to the permanent guideline amendment regarding crack cocaine offenses implementing the Fair Sentencing Act of 2010," including to those who had already been sentenced.  The amendment will become effective November 1, 2011.

Accordingly, the Court ORDERS the United States of America to SHOW CAUSE within **thirty (30) days** of the date of this order why this Court should not set a hearing to consider the appropriate sentence for petitioner Melvin Adams.

IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | RS | | |